IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DON TURNBOUGH**  **PETITIONER**
ADC  #152249

V.   No. 4:22-CV-00883-LPR-ERE

**DEXTER PAYNE, Director,**
**Arkansas Department of Correction**  **RESPONDENT**

### ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin, along with Mr. Turnbough's objections (Doc. 5).  After carefully considering the objections and making a *de novo* review of the Recommendation and the record in this case, the Court approves and adopts the Recommendation in all respects.

Mr. Turnbough's claims are DISMISSED without prejudice.  Judgment will be entered accordingly, and this case will be CLOSED.  The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.[1]

IT IS SO ORDERED this 27th day of December 2022.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court's conclusion is the same whether or not the Amended Petition (Doc. 4) is considered.